CASE CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOUIE GUEVARA AND ROSEMARIE GUEVARA,<br><br>            Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A. DBA WELLS FARGO HOME MORTGAGE; AND DOES 1-25 INCLUSIVE,<br><br>            Defendants. | CASE NO.: 2:16-cv-02385-ODW-E<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br>[*Hon. Otis D. Wright, II*] |

1  On June 27, 2016, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued as "Wells Fargo Bank, N.A. DBA Wells Fargo Home Mortgage" ("Wells Fargo"), dismissing the Complaint in its entirety, without leave to amend and with prejudice.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued as "Wells Fargo Bank, N.A. DBA Wells Fargo Home Mortgage" ("Wells Fargo").; and

3. Plaintiffs, Louis Guevara and Rosemarie Guevara will recover nothing in this action from defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued as "Wells Fargo Bank, N.A. DBA Wells Fargo Home Mortgage".

DATED: July 1, 2016

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically By the Court's CM/ECF System:**

*Attorneys for Plaintiffs,*

Andrew M. Weitz, Esq.
LAW OFFICES OF ANDREW M. WEITZ
6345 Balboa Blvd., Bldg. 1, Suite 214
Encino, California 91316
T: 818.928.7008 | F: 818.654.6822
*Email:* andrew@andrewweitzlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 30, 2016.

| Carol Goodwin | */s/ Carol Goodwin* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |